# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:18-po-00138-JLT |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| JAKE R. BREWER, | |
| Defendant. | |

The above named defendant having been sentenced on January 8, 2019 to 1 day in custody (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **January 8, 2019**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE